NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BARBARA EXUM,**
*Petitioner,*

v.

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2011-3037

---

Petition for review of an arbitrator's decision by John M. Donoghue.

---

## ON MOTION

---

## ORDER

Upon consideration of Barbara J. Exum's motion for a 90-day extension of time, until April 28, 2011, to file her informal brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

FEB 03 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Barbara J. Exum
    Nelson R. Richards, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**FEB 03 2011**

**JAN HORBALY**
**CLERK**